IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CV 19–109–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID BERNHARDT, Secretary of the Interior; and MARGARET EVERSON, Principal Deputy Director of U.S. Fish and Wildlife Service, | |
| Defendants. | |

Before the Court are Plaintiffs' Motions to Permit *Pro Hac Vice* Appearance (Docs. 3; 4) for Andrea Santarsiere and Collette Adkins. The applications appear to be in order. Although unstated, the Court grants these Motions under the assumption that Kristin Marie Akland will serve as local counsel for both Santarsiere and Adkins. Accordingly,

Accordingly, IT IS ORDERED that Plaintiffs' Motions (Docs. 3; 4) are GRANTED on the condition that Santarsiere and Adkins shall do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Santarsiere and Adkins shall take

-1-

steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Santarsiere and Adkins shall file separate pleadings acknowledging their admission under the terms set forth above within fifteen days of this Order. Should Santarsiere or Adkins fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 28th day of June, 2019.

_____
Dana L. Christensen, Chief District Judge
United States District Court