IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
OCT 0 1 2019
Clerk, U.S District Court
District Of Montana
Missoula

CENTER FOR BIOLOGICAL
DIVERSITY,

Plaintiffs,

vs.

DAVID BERNHARDT, Secretary of
the U.S. Department of the Interior;
and MARGARET EVERSON,
Principal Deputy Director of U.S. Fish
and Wildlife Service,

Defendants.

CV 19–109–M–DLC

ORDER

Defendant-Intervenor State of Wyoming moves for the admission of Erik E. Petersen to practice before this Court in this case with Adrian Miller of Sullivan Miller Law to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor State of Wyoming's motion to admit Erik E. Petersen pro hac vice (Doc. 22) is GRANTED on the condition that Mr. Petersen do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

-1-

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Petersen, within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 1st day of October, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court