

FILED

DEC 09 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CV 19–109–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and MARGARET EVERSON, Principal Deputy Director of U.S. Fish and Wildlife Service, | |
| Defendants, | |
| STATE OF WYOMING, STATE OF IDAHO, WYOMING STOCK GROWERS' ASSOCIATION, WYOMING FARM BUREAU FEDERATION, UTAH FARM BUREAU FEDERATION, | |
| Defendant-Intervenors. | |

The parties have filed a settlement agreement. (Doc. 37.) The agreement disposes of Plaintiff's first claim for relief, that the Fish and Wildlife Service (FWS) failed to timely conduct a five-year status review of grizzly bear populations in the lower-48 states pursuant to 16 U.S.C. § 1533(c)(2)(a). (*Id.* at 2.)

The parties agree that FWS will complete and post a status review of the lower-48 grizzly bear populations no later than March 31, 2021. (*Id.* at 3.)

IT IS ORDERED that the Settlement Agreement (Doc. 37) is APPROVED. Plaintiff's First Claim for Relief (*See* Doc. 1) is DISMISSED WITH PREJUDICE. The Court retains jurisdiction over the matter.

DATED this 9th day of December, 2019.

*[signature]*
Dana L. Christensen, Chief Judge
United States District Court