IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAR 1 9 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and MARGARET EVERSON, Principal Deputy Director of U.S. Fish and Wildlife Service,<br><br>Defendants,<br><br>STATE OF WYOMING, STATE OF IDAHO, WYOMING STOCK GROWERS' ASSOCIATION, WYOMING FARM BUREAU FEDERATION, UTAH FARM BUREAU FEDERATION,<br><br>Defendant-Intervenors. | CV 19–109–M–DLC<br><br>ORDER |

Before the Court is Federal Defendants' unopposed Motion to Amend Case Management Oder and for Clarification. (Doc. 46.) In light of this Court's recent ruling requiring Federal Defendants to complete the administrative record, all parties request additional time to review the record before drafting their respective motions for summary judgment. (*Id.* at 2.) Federal Defendants offer mutually

-1-

agreeable dates. (*Id.*) Federal Defendants further seek clarification that Federal Defendants and Defendant-Intervenors each be able to submit separate cross-motions for summary judgment with separate briefs as the Court's prior case management order was ambiguous. The motion will be granted.

IT IS ORDERED that the proposed case manage schedule is ADOPTED. The following schedule will replace the Court's Order (Doc. 40) to the following extent:

Federal Defendants shall lodge the administrative record on or before April 14, 2020.

Plaintiff shall file its motion for summary judgment and supporting brief on or before May 19, 2020.

Federal Defendants and Defendant-Intervenors may each file a combined response and cross motion for summary judgment with a supporting brief due on or before July 6, 2020.

Plaintiff shall file a single combined response reply to Federal Defendant and Defendant-Intervenors' cross-motions for summary judgment on or before September 18, 2020.

IT IS FURTHER ORDERED that the Court's prior case management order (Doc. 40) remain in full force in all other respects.

DATED this 19th day of March, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court