IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and MARGARET EVERSON, Principal Deputy Director of U.S. Fish and Wildlife Service,<br><br>Defendants,<br><br>STATE OF WYOMING, STATE OF IDAHO, WYOMING STOCK GROWERS' ASSOCIATION, WYOMING FARM BUREAU FEDERATION, UTAH FARM BUREAU FEDERATION,<br><br>Defendant-Intervenors. | CV 19–109–M–DLC<br><br>AMENDED ORDER |

It has come to the Court's attention that there was an error in its prior Order adopting the parties request to amend the various deadlines. (Doc. 47.) This Amended Order shall govern the deadlines in this case.

IT IS ORDERED that the proposed case manage schedule is ADOPTED. The following schedule will replace the Court's Order (Doc. 40) to the following extent:

Federal Defendants shall lodge the administrative record on or before April 14, 2020.

Plaintiff shall file its motion for summary judgment and supporting brief on or before May 19, 2020.

Federal Defendants and Defendant-Intervenors may each file a combined response and cross motion for summary judgment with a supporting brief due on or before July 6, 2020.

Plaintiff shall file a single combined response reply to Federal Defendant and Defendant-Intervenors' cross-motions for summary judgment on or before August 12, 2020.

Federal Defendants and Defendant-Intervenors may each file a reply in support of their respective cross motions for summary judgment on or before September 18, 2020.

IT IS FURTHER ORDERED that the Court's prior case management order (Doc. 40) remain in full force in all other respects.

DATED this 20th day of March, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court