JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
DEVON L. FLANAGAN, Trial Attorney (DC Bar No. 1022195)
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0201
Fax: (202) 305-0275
Email: devon.flanagan@usdoj.gov
Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID BERNHARDT**, Secretary of the Interior; and **AURELIA SKIPWITH**, Director of U.S. Fish and Wildlife Service, <br><br> Defendants, <br><br> **STATE OF WYOMING**, et al., <br><br> Defendant-Intervenors. | No. 9:19-cv-00109-DLC <br><br><br> **FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

Federal Defendants David Bernhardt, Secretary of the United States Department of the Interior, and Aurelia Skipwith, Director of the United States Fish and Wildlife Service, cross-move under Federal Rule of Civil Procedure 56 for summary judgment on all claims in the above-captioned case. This motion is supported by the previously filed Administrative Record, and the accompanying Memorandum in Support of Federal Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, Federal Defendants' Statement of Undisputed Facts, and Federal Defendants' Statement of Disputed Facts.

In accordance with Local Rule 7.1(c)(1), counsel for Federal Defendants conferred with counsel for Plaintiff, who indicated that their client will oppose this motion. Counsel for Defendant-Intervenors indicated that their clients do not oppose this motion.

Dated: July 6, 2020　　　　　　　JEAN E. WILLIAMS,
　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　SETH M. BARSKY, Section Chief
　　　　　　　　　　　　　　　　MEREDITH L. FLAX, Assistant Section Chief

　　　　　　　　　　　　　　　　*/s/ Devon Lea Flanagan*
　　　　　　　　　　　　　　　　DEVON LEA FLANAGAN,
　　　　　　　　　　　　　　　　Trial Attorney (D.C. Bar No. 1022195)
　　　　　　　　　　　　　　　　DAVIS A. BACKER,
　　　　　　　　　　　　　　　　Trial Attorney (CO Bar No. 53502)

2

Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-305-0201 (Flanagan)
Tel: 202-514-5243 (Backer)
Fax: 202-305-0275 (Shared)
Email: devon.flanagan@usdoj.gov
Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of the filing to the attorneys of record.

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN,
Trial Attorney (D.C. Bar No. 1022195)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-305-0201
Fax: 202-305-0275
Email: devon.flanagan@usdoj.gov