IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiff,<br><br> vs.<br><br>DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and MARGARET EVERSON, Principal Deputy Director of U.S. Fish and Wildlife Service,<br><br>     Defendants,<br><br>STATE OF WYOMING, STATE OF IDAHO, WYOMING STOCK GROWERS' ASSOCIATION, WYOMING FARM BUREAU FEDERATION, UTAH FARM BUREAU FEDERATION,<br><br>     Defendant-Intervenors. | CV 19–109–M–DLC<br><br><br>ORDER |

  This Order notifies the parties that the hearing set for Wednesday, November 18, 2020 at 1:30 p.m. shall be conducted via zoom.

  IT IS ORDERED that the hearing on the parties' cross motions for summary judgment (Docs. 54; 58; 62; 65; 69) on Wednesday, November 18, 2020 at 1:30 p.m. at the Russell Smith Courthouse in Missoula, Montana is VACATED and

RESET via zoom. The parties shall receive an email with instructions to access the hearing. Any non-participant wishing to attend the hearing may call in to the Court's conference line at 1-888-684-8852, access code 4181912, and are instructed to mute their phone. The Courtroom shall be closed to the public. The Court's prior order (Doc. 78) remains in full force and effect in all other respects.

DATED this 28th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court