IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and MARGARET EVERSON, Principal Deputy Director of U.S. Fish and Wildlife Service,<br><br>　　　　　　Defendants,<br><br>STATE OF WYOMING, STATE OF IDAHO, WYOMING STOCK GROWERS' ASSOCIATION, WYOMING FARM BUREAU FEDERATION, UTAH FARM BUREAU FEDERATION,<br><br>　　　　　　Defendant-Intervenors. | CV 19–109–M–DLC<br><br><br>JUDGMENT |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　**X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and Defendant-Intervenors and against Plaintiff in accordance with the Order issued on today's date.

Dated this 23rd day of December, 2020.

                                TYLER P. GILMAN, CLERK

                                By: /s/ A.S. Goodwin
                                A.S. Goodwin, Deputy Clerk

