IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CV 19–109–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; and MARGARET EVERSON, Principal Deputy Director of U.S. Fish and Wildlife Service, | |
| Defendants, | |
| STATE OF WYOMING, STATE OF IDAHO, WYOMING STOCK GROWERS' ASSOCIATION, WYOMING FARM BUREAU FEDERATION, and UTAH FARM BUREAU FEDERATION, | |
| Defendant-Intervenors. | |

Defendant-Intervenors Wyoming Stock Growers Association, Wyoming Farm Bureau Federation, and Utah Farm Bureau Federation move for the admission of Ivan L. London to practice before this Court in this case, with David F. Knobel of Crowley Fleck PLLP to act as local counsel. (Doc. 103.) Mr.

London's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motion (Doc. 103) is GRANTED on the condition that Mr. London does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. If he has not already done so, Mr. London shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. London files a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order.

DATED this 2nd day of May, 2023.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court